IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

JAMES LORAN MCGREW                                                                                    PLAINTIFF

v.                                            Case No. 2:12-CV-02167

MICHAEL J. ASTRUE, Commissioner of
Social Security Administration                                                                        DEFENDANT

## JUDGMENT

Currently before the Court is the Report and Recommendation (Doc. 10) filed in this case on October 1, 2012, by the Honorable James R. Marschewski, Chief United States Magistrate for the Western District of Arkansas. The objection period has passed with no objections being filed by either party.

The Court has reviewed this case and, being well and sufficiently advised, finds as follows: the Report and Recommendation is proper and should be and hereby is **ADOPTED IN ITS ENTIRETY**. Accordingly, the Commissioner's Motion to Remand (Doc. 9) is GRANTED, and the case is remanded to the Commissioner for further administrative action pursuant to sentence six of 42 U.S.C. § 405(g).

**IT IS SO ORDERED** this 2nd day of November, 2012.

/s/ P. K. Holmes, III
P.K. HOLMES, III
CHIEF U.S. DISTRICT JUDGE