IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

JAMES LORAN MCGREW                                                                                    PLAINTIFF

v.                                            Case No. 2:12-CV-02167

MICHAEL J. ASTRUE, Commissioner of
Social Security Administration                                                                        DEFENDANT

## ORDER

The Court has received proposed findings and recommendations (Doc. 15) from Chief United States Magistrate Judge James R. Marschewski. There have been no objections. After careful review, the Court concludes that the findings and recommendations should be, and hereby are, approved and adopted as this Court's findings in all respects in their entirety.

IT IS THEREFORE ORDERED that Plaintiff's Motion for Attorney Fees (Doc. 12) is DENIED as premature.

IT IS SO ORDERED this 20th day of February, 2013.

/s/ P. K. Holmes, III
P.K. HOLMES, III
CHIEF U.S. DISTRICT JUDGE